# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

BERKSHIRE, SS.                                        SUPERIOR COURT
                                                      CIVIL ACTION NO.

TOWN OF LENOX, by and through its
SELECT BOARD,

    Plaintiff

v.                                                    COMPLAINT

PLH VINEYARD SKY LLC,

    Defendant

## INTRODUCTION

The Town of Lenox ("Town") hereby files this action for money damages pursuant to G.L. c. 242, §7 against the PLH Vineyard Sky LLC ("PLH" or "Defendant"), for PLH's unauthorized entering (trespass) and cutting of at least 49 trees from the Town's property located at Willow Creek Road (the "Town Property"). By this Complaint, the Town alleges that the Defendant trespassed onto the Town Property and, without permission, willfully cut down said trees. As such, Defendant is liable to the Town for treble damages for the cost of restoration of the trees that were unlawfully cut down.

## PARTIES

1.     The Town is a Massachusetts municipal corporation with a regular place of business at 6 Walker Street, Lenox, Massachusetts 01240.

2.     Pursuant to Chapter XI, Section I of the Town of Lenox Bylaws, the Select Board has authority to initiate this litigation on behalf of the Town.

TS

3. The Town is the record owner of the Town Property, as evidenced by a deed recorded with the Berkshire Middle District Registry of Deeds ("Registry") at Book 5918, Page 46.

4. PLH is Florida Limited Liability Company with its principal office at 601 South Ocean Boulevard, Delray Beach, Florida 33483.

5. PLH's Manager is Thomas Melone, who has a principal address of 601 S. Ocean Boulevard, Delray Beach, Florida 33483.

6. PLH is the record owner of property located at 383 Housatonic Street, Lenox, Massachusetts 01240 (hereinafter "PLH Property" or "Abutting Property"), as evidenced by a deed recorded with the Registry at Book 6636, Page 140.

## JURISDICTION

7. This Court has jurisdiction pursuant to G.L. c. 212, §3, whereas the Town is located in Berkshire County, and whereas the damages sought exceed $50,000.

## FACTS

8. The Town is the record owner of the Town Property

9. PLH is the record owner of the PLH Property.

10. The PLH Property abuts the Town Property.

11. On or about March 5, 2021, PLH knowingly and without authorization or permission trespassed onto the Town Property and willfully cut down at least 49 trees.

12. On or about March 24, 2021, the Town sent a letter to PLH notifying them that it had been made aware that PLH entered Town Property and cut down trees, without having authorization or permission from the Town. The Town further notified PLH that it was assessing damages and planning to bring suit pursuant to G.L. c. 242, § 7.

2

13. In a second letter sent on or about October 1, 2021, the Town notified PLH that it intended to cut up and remove the downed trees to commence the restoration process for the Town Property.

14. The Town's October 1, 2021 letter further notified PLH that it was engaging Sylvan Timber Clearing, Inc., of Canaan, New York to cut up and remove the downed trees and assist in assessing damages to the Town Property caused by the Defendant, at an estimated cost of $13,200.00.

15. On October 1, 2021, PLH sent an e-mail response to the Town's letter, wherein it stated that it intended to defend against any action brought by the Town and file counterclaims.

16. On April 15, 2022, after the trees were cut up and removed, Edward A. Denham, a certified forester (hereinafter "Forester"), inspected the Town Property and assessed the standing value of the trees cut by PLH to be $913.00 by calculating their diameter and volume and determining their value as lumber. A true and accurate copy of the Forester's report is attached hereto as <u>Exhibit A.</u>

17. The Forester recommended that the Town prepare the site for the replanting of trees and no less than three (3) years of monitoring. See <u>Exhibit A</u>.

18. Between June and July of 2022, the Town discussed a number of property restoration projects with the Native Habitat Restoration, LLC, a Massachusetts Limited Liability Company ("NHR"), including invasive plant control treatment, site clean-up, replanting, and monitoring over the course of five years.

19. The Town received an estimated cost for the restoration project from NHR, which amounted to approximately $76,385.00, which included costs for site clean-up, development and implementation of a replanting plan, and approximately five years of invasive plant treatment

3

and project management. A true and accurate copy of the project proposal and cost estimates are attached hereto as Exhibit B.

## COUNT I – TRESPASS TO TREES (G.L. c. 242, § 7)

20.     The Town repeats and incorporates herein the preceding paragraphs 1 through 19 as if fully set forth herein.

21.     The Town never authorized or permitted PLH to enter the Town Property or to cut trees on the Town property, and PLH had no reasonable belief that it was lawfully and duly authorized to perform the aforesaid acts.

22.     Nonetheless, PLH illegally entered the Town Property and cut down trees.

23.     PLH willfully and without permission or authorization cut down or caused to cut down at least 49 trees on the Town Property.

24.     The Town has suffered damages from the loss of trees caused by PLH's conduct.

25.     The Town seeks damages measured by the diminution in value of the Town Property caused by PLH's unauthorized tree cutting, rather than measured by the standing value of the trees, as trees on publicly owned property have value far beyond the mere value as lumber, but are far more valuable as trees so as the public can enjoy their environmental benefit to the include their role in combating climate change and pollution.

26.     The Town, further averring that the diminution in its property value is an unsatisfactory measurement of damages, seeks a sum of damages measured by the property restoration cost.[1]

27.     The property restoration cost is $76,385.00.

---

[1] Pursuant to the Appeals Court decision in Glavin v. Eckman, a plaintiff in a timber trespass case may elect to recover either the value of the trees cut or the diminution in property. 71 Mass. App. Ct. 313, 319 (2008). However, if the diminution in market value is not a "fair and adequate measure" of damages, restoration costs are instead recoverable. Id.

4

28.  For the claim of treble damages pursuant to G.L. c. 242, § 7 the Town requests the total sum of damages of $229,155.00.

WHEREFORE, the Town hereby demands judgment against PLH for three times the Town's damages of $76,385.00, pursuant to G.L. c. 242, § 7, in the form of costs to restore the Town Property, amounting to $229,155.00, plus interest, attorneys' fees, costs of suit, and such other relief as the Court may deem appropriate.

TOWN OF LENOX, by and through its
SELECT BOARD

By its Attorneys,

_____
Jeffrey T. Blake (BBO# 655773)
Eric M. Barth (BBO# 710731)
KP Law, P.C.
Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110
(617) 556-0007
jblake@k-plaw.com
ebarth@k-plaw.com

Date:  May 24, 2023

831879/LENX/0047

5

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts <br> The Superior Court |
|---|---|---|
| | | **COUNTY** Berkshire Superior Court (Pittsfield) |

| Plaintiff | Town of Lenox, by and through its Select Board | Defendant: | PLH Vineyard Sky LLC |
|---|---|---|---|
| ADDRESS: | Lenox Town Hall, 6 Walker Street, Lenox, MA 01240 | ADDRESS: | 601 South Ocean Boulevard, Delray Beach, FL 33483 |
| | | Thomas Melone, Manager | |
| Plaintiff Attorney: | Jeffrey T. Blake, Esq. | Defendant Attorney: | |
| ADDRESS: | KP Law, P.C., 101 Arch Street, 12th Floor, Boston, MA 02110 | ADDRESS: | |
| BBO: | 655773 | BBO: | |

### TYPE OF ACTION AND TRACK DESIGNATION (see instructions section on next page)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| AD1 | Equity Action involving Municipality | F | ☐ YES  ☐ NO |

*If "Other" please describe: _____

| Is there a claim under G.L. c. 93A? | Is there a class action under Mass. R. Civ. P. 23? |
|---|---|
| ☐ YES  ☐ NO | ☐ YES  ☒ NO |

### STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. (Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

**TORT CLAIMS**

A. Documented medical expenses to date
  1. Total hospital expenses
  2. Total doctor expenses
  3. Total chiropractic expenses
  4. Total physical therapy expenses
  5. Total other expenses (describe below)

Subtotal (1-5): $0.00

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below)

TOTAL (A-F): $0.00

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Self-Represented Plaintiff: X _/s/ Jeffrey T. Blake_     Date: May 24, 2023

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION UNDER S.J.C. RULE 1:18(5)

I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney: X _/s/ Jeffrey T. Blake_     Date: May 24, 2023

# CIVIL ACTION COVER SHEET INSTRUCTIONS —
## SELECT A CATEGORY THAT BEST DESCRIBES YOUR CASE*

### AC Actions Involving the State/Municipality †*

| | |
|---|---|
| AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 Administrative Action involving Commonwealth, Municipality, MBTA,etc. | (A) |

### CN Contract/Business Cases

| | |
|---|---|
| A01 Services, Labor, and Materials | (F) |
| A02 Goods Sold and Delivered | (F) |
| A03 Commercial Paper | (F) |
| A04 Employment Contract | (F) |
| A05 Consumer Revolving Credit - M.R.C.P. 8.1 | (F) |
| A06 Insurance Contract | (F) |
| A08 Sale or Lease of Real Estate | (F) |
| A12 Construction Dispute | (A) |
| A14 Interpleader | (F) |
| BA1 Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 Shareholder Derivative | (A) |
| BB2 Securities Transactions | (A) |
| BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 Intellectual Property | (A) |
| BD2 Proprietary Information or Trade Secrets | (A) |
| BG1 Financial Institutions/Funds | (A) |
| BH1 Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 Other Contract/Business Action - Specify | (F) |

\* See Superior Court Standing Order 1-88 for an explanation of the tracking deadlines for each track designation: F, A, and X. On this page, the track designation for each case type is noted in parentheses.

†* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

‡ Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

| | |
|---|---|
| D01 Specific Performance of a Contract | (A) |
| D02 Reach and Apply | (F) |
| D03 Injunction | (F) |
| D04 Reform/ Cancel Instrument | (F) |
| D05 Equitable Replevin | (F) |
| D06 Contribution or Indemnification | (F) |
| D07 Imposition of a Trust | (A) |
| D08 Minority Shareholder's Suit | (A) |
| D09 Interference in Contractual Relationship | (F) |
| D10 Accounting | (A) |
| D11 Enforcement of Restrictive Covenant | (F) |
| D12 Dissolution of a Partnership | (F) |
| D13 Declaratory Judgment, G.L. c. 231A | (A) |
| D14 Dissolution of a Corporation | (F) |
| D99 Other Equity Action | (F) |

### PA Civil Actions Involving Incarcerated Party ‡

| | |
|---|---|
| PA1 Contract Action involving an Incarcerated Party | (A) |
| PB1 Tortious Action involving an Incarcerated Party | (A) |
| PC1 Real Property Action involving an Incarcerated Party | (F) |
| PD1 Equity Action involving an Incarcerated Party | (F) |
| PE1 Administrative Action involving an Incarcerated Party | (F) |

### TR Torts

| | |
|---|---|
| B03 Motor Vehicle Negligence - Personal Injury/Property Damage | (F) |
| B04 Other Negligence - Personal Injury/Property Damage | (F) |
| B05 Products Liability | (A) |
| B06 Malpractice - Medical | (A) |
| B07 Malpractice - Other | (A) |
| B08 Wrongful Death - Non-medical | (A) |
| B15 Defamation | (A) |
| B19 Asbestos | (A) |
| B20 Personal Injury - Slip & Fall | (F) |
| B21 Environmental | (F) |
| B22 Employment Discrimination | (F) |
| BE1 Fraud, Business Torts, etc. | (A) |
| B99 Other Tortious Action | (F) |

### RP Summary Process (Real Property)

| | |
|---|---|
| S01 Summary Process - Residential | (X) |
| S02 Summary Process - Commercial/ Non-residential | (F) |

### RP Real Property

| | |
|---|---|
| C01 Land Taking | (F) |
| C02 Zoning Appeal, G.L. c. 40A | (F) |
| C03 Dispute Concerning Title | (F) |
| C04 Foreclosure of a Mortgage | (X) |
| C05 Condominium Lien & Charges | (X) |
| C99 Other Real Property Action | (F) |

### MC Miscellaneous Civil Actions

| | |
|---|---|
| E18 Foreign Discovery Proceeding | (X) |
| E97 Prisoner Habeas Corpus | (X) |
| E22 Lottery Assignment, G.L. c. 10, § 28 | (X) |

### AB Abuse/Harassment Prevention

| | |
|---|---|
| E15 Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 Protection from Harassment, G.L. c. 258E | (X) |

### AA Administrative Civil Actions

| | |
|---|---|
| E02 Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 Certiorari Action, G.L. c. 249, § 4 | (X) |
| E05 Confirmation of Arbitration Awards | (X) |
| E06 Mass Antitrust Act, G.L. c. 93, § 9 | (A) |
| E07 Mass Antitrust Act, G.L. c. 93, § 8 | (X) |
| E08 Appointment of a Receiver | (X) |
| E09 Construction Surety Bond, G.L. c. 149, §§ 29, 29A | (A) |
| E10 Summary Process Appeal | (X) |
| E11 Worker's Compensation | (X) |
| E16 Auto Surcharge Appeal | (X) |
| E17 Civil Rights Act, G.L. c.12, § 11H | (A) |
| E24 Appeal from District Court Commitment, G.L. c.123, § 9(b) | (X) |
| E94 Forfeiture, G.L. c. 265, § 56 | (X) |
| E95 Forfeiture, G.L. c. 94C, § 47 | (F) |
| E99 Other Administrative Action | (X) |
| Z01 Medical Malpractice - Tribunal only, G.L. c. 231, § 60B | (F) |
| Z02 Appeal Bond Denial | (X) |

### SO Sex Offender Review

| | |
|---|---|
| E12 SDP Commitment, G.L. c. 123A, § 12 | (X) |
| E14 SDP Petition, G.L. c. 123A, § 9(b) | (X) |

### RC Restricted Civil Actions

| | |
|---|---|
| E19 Sex Offender Registry, G.L. c. 6, § 178M | (X) |
| E27 Minor Seeking Consent, G.L. c.112, § 12S | (X) |

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES ☐ NO |

## STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** — On the face of the Civil Action Cover Sheet (or on attached additional sheets, if necessary), the plaintiff shall state the facts on which the plaintiff relies to determine money damages. A copy of the completed Civil Action Cover Sheet, including the statement concerning damages, shall be served with the complaint. **A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.**

**DUTY OF THE DEFENDANT** — If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with the defendant's answer a statement specifying the potential damages which may result if the plaintiff prevails.

## A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
### IF THIS COVER SHEET IS NOT FILLED OUT THOROUGHLY AND
### ACCURATELY, THE CASE MAY BE DISMISSED.

# EXHIBIT A

MD

Town of Lenox Timber Trespass
Location:  West Side of Willow Creek Road, Lenox, MA

The inventory of stumps was conducted by Edward A. Denham, Certified Forester on April 15, 2022.

Procedure:  All tree stumps were measured in two directions for an average diameter in an area bounded by flagging along the south line to a red capped rebar by Foresight Land Survey, along the west line to a red capped rebar, along the northerly line by other land of the Town of Lenox and the east line by the town road, Willow Creek Road.  Upon completion of the field inventory, the stump diameters were converted to DBH (diameter at breast height) using the Forestry Handbook, second edition, pages 282-285.  This data was then entered into the Inform Computer program to determine volumes of the trees.  Note, since all trees have been removed from the site, usable stem height for sawlogs and pulp was estimated by viewing the adjacent standing trees.

Total sawlog trees harvested was 13 with a standing tree value of $895.00.
Total firewood trees harvested was 36 with a standing tree value of $17.00.
Grand total of all trees harvested was 49 with a standing tree combined value of $913.00.

General comments:  Although 99% of the overstory canopy has been removed the chance of erosion is small due to the small size of the area.  However, the greatest negative impact will be the invasion of exotic invasive plants surrounding the area.  These plants include and are not limited to oriental bittersweet and honeysuckle.

Considerations:  The Town of Lenox must decide how to proceed with the trespass aftermath.  Now that the large woody debris has been removed and the stumps located and accounted for, the recommendation is to prepare the site for replanting of native tree species by a local nursery.  This practice should be monitored for a minimum of three years to insure the newly planted trees are surviving the thriving.  The total cost of all work is outlined below and greatly depends on the size and species of nursery stock installed.  Nursery stock will require fertilizer, mulching and watering.

| Costs: | | |
|---|---|---|
| | Sylvan Timber & Clearing: | $_____ |
| | New England Woodland Management, Inc: | $_____ |
| | Nursery stock installed: | $_____ |
| | Monitoring* (estimated): | $_____ |
| | Trees harvested: | $   913.00   |

*Monitoring may result in the removal and replacing of trees that do not survive.

# EXHIBIT B

MD



July 12, 2022

**Proposal for:** Post Farm Timber Trespass
**Project:** Invasive plant control, Site clean up, Tree replanting

Town of Lenox
6 Walker Street
Lenox, MA  01240

Dear William Gop,

Our proposal is responding to the Town of Lenox's request for restoration of the timber trespass area on Post Farm. After visiting the site, Native Habitat Restoration designed a draft restoration plan with actions and costs.

We propose to treat all woody invasive plants including but not limited to honeysuckle, privet, common buckthorn and swallow-wort. Treatment may also include purple loosestrife, coltsfoot and goutweed. Each treatment will occur once a year for a total of 3 years. Monitoring will continue to year 5.

We propose to cut Japanese Knotweed in the first spring and spray in the fall each year for 5 years with a wetland approved herbicide.

Total Invasive plant control treatment cost for 5 years: $18,400

The timber trespass area will need further site clean up to remove slash from the timber operations and to prepare for tree planting. This will occur with a mini-excavator and will be removed from the site.

Total cost for site clean up: $6400

For the replanting of the area, Native Habitat Restoration will design a reforestation plan and install the native trees. Design elements will include species removed from the site, climate adaptation criteria, and other considerations such as pests and pathogens. Installation will comply with current DEP remediation performance standards. Approximately 200 native trees will be installed with deer protection and weed suppression. After 4-5 years, this protection will be removed. Watering will be done in the first year as needed based on weather and drought conditions. Weeding of the deer protection and weed whacking around the weed suppression will be done for the first two years.

Cost: $41,585

Project Management will occur for the 5 years of the restoration activities. This includes communication with Town staff and other people as necessary, design of the replanting, and site preparation for the invasive plant control/site clean up/replanting. This also includes 5 years of monitoring (occurring simultaneously with restoration activities) and annual reporting/final report.

Cost for 5 years: $10,000

Native Habitat Restoration regularly works in highly sensitive habitats with rare species and is careful to move through the work site with minimal impact. We comply with practices outlined in Best Management Practices for Controlling the Spread of Invasive Species.

Sincerely,

Jessica M. Toro and Sari Hoy

| Summons | CIVIL DOCKET NO.<br>2376CV00096 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br><br>Town of Lenox, by and through its Select Board<br>Plaintiff(s)<br><br>vs.<br><br>PLH Vineyard Sky LLC<br><br>Defendant(s) | | Clerk of Courts<br><br>County<br><br>COURT NAME & ADDRESS:<br>Berkshire Superior Court<br>76 East Street<br>Pittsfield, MA 01201 |

THIS SUMMONS IS DIRECTED TO  PLH Vineyard Sky LLC c/o Incorp Services, Inc., Resident Agent  (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the _____ Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**
To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

   a) Filing your **signed original** response with the Clerk's Office for Civil Business, _____ Court (address), by mail or in person **AND**

   b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:
   Jeffrey T. Blake, Esq.
   KP Law, P.C.
   101 Arch Street, 12th Floor, Boston, MA 02110

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

JZ

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger Esq., Chief Justice on _____, 20___ . (Seal)

Clerk-Magistrate _____

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ I served a copy of this summons, together with a copy of the complaint



Suffolk County Sheriff's Department • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

July 20, 2023

**I hereby certify and return that on 7/19/2023 at 10:25 AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to , agent and person in charge at the time of service for PLH Vineyard Sky LLC, at Incorp Services 44 School Street Suite 505 Boston, MA 02108 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.60) Postage and Handling ($1.00) Travel ($28.40) Total: $65.00**

Deputy Sheriff    Joseph Casey

_Joseph P. Casey_
Deputy Sheriff

rev. 1/2019